**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE ELVIE GADDIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA MEDICAL FACILITY, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-04-0181-MCE-CMK<br><br><br><u>ORDER TO SHOW CAUSE</u> |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On April 13, 2005, the court granted plaintiff's application for leave to proceed in forma pauperis and directed plaintiff to submit completed forms within 30 days for service of his complaint without pre-payment of costs by the U.S. Marshal.  To date, plaintiff has not complied.

/ / /

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 20 days of the date of service of this order, why this action should not be
3 dismissed for lack of prosecution and failure to comply with rules and court order.  See Local
4 Rule 11-110.
5 DATED:  September 21, 2005.

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE