IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE ELVIE GADDIS,                    No. CIV-S-04-0181 MCE/CMK P

        Plaintiff,

    v.                                      ORDER

CALIFORNIA MEDICAL FACILITY, ET AL.,

        Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On October 21, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

///

1

1  The court has reviewed the file and finds the findings and
2 recommendations to be supported by the record and by the
3 magistrate judge's analysis.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1.  The findings and recommendations filed October 21,
6 2005, are adopted in full;
7  2.  This action is dismissed for lack of prosecution and
8 failure to comply with court orders and rules; and
9  3.  The Clerk of the Court is directed to enter judgment
10 and close this file.
11 DATED: December 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE